| 1. Person Reporting (last name, first, middle initial)<br><br>Bryant, Vanessa L. | 2. Court or Organization<br><br>District Court for the District of Connecticut | 3. Date of Report<br><br>03/30/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>450 Main Street<br>Annex 135<br>Hartford, CT 06103 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Board of Governors Hill- Stead Museum |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 03/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | ▨ -Pension Non Qualified Benefits | $52,887.56 |
| 2. 2019 | ▨ - HO Pension Annuity | $12,094.32 |
| 3. 2019 | ▨ Pension Benefits | $11,195.00 |
| 4. 2019 | ▨ - Pension Benfits | $2,864.00 |
| 5. 2019 | ▨ - Pension Benefits SERP Plan | $18,437.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▨ Salary and Bonus |
| 2. 2019 | ▨ -Pension Plan |
| 3. 2019 | ▨ - Life Insurance |
| 4. 2019 | JP Morgan Chase, ▨ - Pension Benefit |
| 5. 2019 | ▨ ▨ - Pension Benefit |
| 6. 2019 | JP Morgan Chase, ▨ - Pension Benefit |
| 7. 2019 | ▨ - Nonemployee Compensation |
| 8. 2019 | ▨ - 401K Rollover |
| 9. 2019 | Fidelity Investments Institutional Operations, ▨ - Employee Incentive Savings |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryant, Vanessa L.** | 03/30/2020 |

2. _____ _____ _____ _____ _____

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 03/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryant, Vanessa L.** | 03/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.　████████ | D | Rent | M | W | | | | | |
| 2.　Alliance Bernstein Global Thematic Growth Class A | A | Dividend | J | T | | | | | |
| 3.　Amazon | D | Dividend | K | T | | | | | |
| 4.　American Express Savings | A | Interest | L | T | | | | | |
| 5.　Apple, Inc. | A | Dividend | K | T | | | | | |
| 6.　AT&T | A | Dividend | J | T | | | | | |
| 7.　Bank of America Access Checking | E | Interest | L | T | | | | | |
| 8.　Bank of America Access Checking | A | Interest | K | T | | | | | |
| 9.　Bank of America Advantage Savings | A | Interest | J | T | | | | | |
| 10.　Bank of America Fixed TER CD | H1 | Interest | P1 | T | | | | | |
| 11.　BNY Mellon IRA | A | Int./Div. | J | T | | | | | |
| 12.　BP P.L.C. | A | Dividend | J | T | | | | | |
| 13.　BNY Mellon Research Growth | B | Dividend | K | T | | | | | |
| 14.　Exxon Mobil | A | Dividend | J | T | | | | | |
| 15.　Fidelity Bond Index Fund ( IRA) | A | Dividend | | | Sold | 7/1/19 | J | | |
| 16.　Fidelity Freedom 2020 (IRA) | A | Dividend | M | T | | | | | |
| 17.　Frontier Communications Corp. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 03/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Alphabet Inc. | C | Dividend | K | T | | | | | |
| 19. | Johnson & Johnson | A | Dividend | J | T | | | | | |
| 20. | ▓▓▓▓ Retirement | E | Distribution | O | W | Distributed (part) | 07/1/19 | K | | |
| 21. | ▓▓▓▓ Retirement | F | Distribution | O | W | Distributed (part) | 07/01/19 | K | | |
| 22. | Symantec Corp | A | Dividend | J | T | | | | | |
| 23. | ▓▓▓▓ Deferred Comp. | | Distribution | P2 | T | Distributed (part) | 07/01/19 | P2 | | |
| 24. | ▓▓▓▓ ▓▓▓ Bank Checking Account | B | Interest | K | T | | | | | |
| 25. | SPDR Dow Jones Industrial Average ETF | A | Dividend | J | T | | | | | |
| 26. | Vanguard Institutional Indexed | A | Dividend | K | T | | | | | |
| 27. | Vanguard Russell 2000 | A | Dividend | K | T | | | | | |
| 28. | Vanguard S & P Midcap | A | Dividend | K | T | | | | | |
| 29. | US Bank IRA | A | Interest | | | Closed | 05/17/19 | J | | |
| 30. | Capital One Natl Ass VA CD | A | Dividend | | | Redeemed | 05/17/19 | M | | |
| 31. | Vanguard 2020 (401K) | A | Dividend | M | T | | | | | |
| 32. | Vanguard Institutional Index Plus (Excess Plan) | A | Dividend | K | T | | | | | |
| 33. | Vanguard Developing Market (Excess Plan) | A | Dividend | K | T | | | | | |
| 34. | Vanguard Emerging Market (Excess Plan) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryant, Vanessa L.** | 03/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Fidelity MMKT Premium Class | G | Distribution | O | T | Open | 12/20/19 | N | | |
| 36.   Fidelity Gov Money Mkt | A | Dividend | L | T | Open | 7/1/19 | L | | |
| 37.   CD New York Community Bank | A | Interest | K | T | Open | 09/09/19 | K | | |
| 38.   CD East West Bank | B | Interest | M | T | Open | 09/06/19 | M | | |
| 39.   CD Bank of China New York | B | Interest | M | T | Open | 12/04/19 | M | | |
| 40.   CD Goldman Sachs Bank | B | Interest | M | T | Open | 09/06/19 | M | | |
| 41.   CD Bank of India | B | Interest | M | T | Open | 12/04/19 | M | | |
| 42.   CD City Natl Bank of FL | B | Interest | N | T | Open | 08/26/19 | N | | |
| 43.   CD Mizuho Bank | B | Interest | M | T | Open | 12/04/19 | M | | |
| 44.   CD Mizrahi Tefahot BK LT | B | Interest | N | T | Open | 08/26/19 | N | | |
| 45.   CD Truist Bank | B | Interest | M | T | Open | 10/31/19 | M | | |
| 46.   CD Luana Savings Bank | B | Interest | M | T | Open | 11/01/19 | M | | |
| 47.   CD Patriot Bank | B | Interest | M | T | Open | 09/06/19 | M | | |
| 48.   CD 21st Century Bank | B | Interest | M | T | Open | 09/09/19 | M | | |
| 49.   CD Santander Bank NA | B | Interest | M | T | Open | 09/09/19 | M | | |
| 50.   CD Bank Leumi USA | B | Interest | M | T | Open | 09/06/19 | M | | |
| 51.   CD Southside Bank | B | Interest | M | T | Open | 12/06/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryant, Vanessa L.** | 03/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  CD First Bank | B | Interest | M | T | Open | 09/06/19 | M | | |
| 53.  CD Zions Bancorp NA | B | Interest | M | T | Open | 09/18/19 | M | | |
| 54.  DN J P Morgan Chase Bank | A | Interest | J | T | Open | 09/18/19 | J | | |
| 55.  CD Enerbank USA | B | Interest | M | T | Open | 09/18/19 | M | | |
| 56.  CD Morgan Stanley Bank | B | Interest | M | T | Open | 09/18/19 | M | | |
| 57.  CD Morgan Stanley Bank | B | Interest | M | T | Open | 09/18/19 | M | | |
| 58.  CD Safra National Bank | B | Interest | M | T | Open | 09/18/19 | M | | |
| 59.  DN JPMorgan Chase Bank | A | Interest | L | T | Open | 10/31/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryant, Vanessa L.** | 03/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mortgage paid off.

Part VII, Row 13- Name Change from Dreyfus Research Growth FDCL A

Part VII, Row 20-This account contains no stocks or bonds. It is a defined benefit qualified and non qualified pension plan.

Parrt VII, Row 21- This account contains no stocks or bonds. It is defined benefit qualified and non qualified pension plan.

Part VII Rows 26-28 and Rows 31-34 details the stocks represented, but not owned in the defferred compensation from ▓▓▓▓▓▓ found in Part VII, Row 22.The Judge's ▓▓▓ does not own any of these stocks but has an interest in the accounts.

Part VII, Row 35-  Transfer of mutual fund from deceased ▓▓▓ .

▓▓▓ deceased on 08/01/2019. Estate has not been probated.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vanessa L. Bryant**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544